CHARLES D. WILLIAMS, Respondent, *v.* WILSON & McNEAL COMPANY, Appellant.

*Williams* v. *Wilson & McNeal Co.*, 111 App. Div. 442, affirmed.
(Submitted June 9, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme. Court in the second judicial department, entered March 13, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for goods alleged to have been sold and delivered.

*Isaac N. Miller* for appellant.

*William B. Hurd, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.